UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 14-586-DMG (MRWx)** | Date | April 28, 2014 |
| Title | *Quibillah J. Rasheed, et al. v. City of San Bernardino, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS – ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE STAYED PENDING BANKRUPTCY ACTION OF DEFENDANT CITY OF SAN BERNARDINO**

Defendants City of San Bernardino and Officer Devon Reid having filed a Notice of Automatic Stay Due to Bankruptcy [Doc. # 13], Plaintiffs Quibillah J. Rasheed and Shaunisha Holliday are ordered to show cause in writing no later than **May 2, 2014** why this action should not be stayed as against both defendants pursuant to 11 U.S.C. §§ 362(a) and 922(a) pending the bankruptcy action of Defendant City of San Bernardino.

IT IS SO ORDERED.